# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRILL, INC.,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>KAITECH, LLC,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:22-cv-04885-TCB |

## DEFAULT JUDGMENT

The defendant KAITECH, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Timothy C. Batten, Sr., United States District Judge, by order of June 9, 2023, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff BRILL, INC., recover from the defendant KAITECH, LLC, the amount of $1,394,910.65 (Compensatory damages $1,255,911.81, Prejudgment interest $77,075.14, Attorney's fees $61,923.70).

Dated at Atlanta, Georgia this 9th day of June, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By:　　s/J K Brown
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 9, 2023
Kevin P. Weimer
Clerk of Court

By: s/ J K Brown
　　　Deputy Clerk